**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| Calvin Gary Walker § | No. 23-10485 |
| xxx-xx-7424 § | Chapter 13 |
| 3710 Roland Road § | |
| Beaumont, Texas 77708 § | |
|    **DEBTOR(S)** § | |

## NOTICE OF CHANGE IN SCHEDULE OF CREDITORS

In accordance with LBR 1007(b)7, the attached amended schedule is filed for the following reason (check only one):

☐ Add Creditor(s) [requires $32.00 filing fee]

☐ Delete Creditor(s) [requires $32.00 filing fee]

☐ Change the Amount of a Debt [requires $32.00 filing fee]

☐ Change the Classification of a Debt [requires $32.00 filing fee]

☐ Change address of Creditor(s) or add an Attorney for a Creditor [no fee required]

☑ Amendment to Schedule C – Property Claimed as Exempt

☐ Amendment to Schedule I – Current Income of Individual Debtor(s)

☐ Amendment to Schedule J – Current Expenditures of Individual Debtor(s)

☐ Initial Amended Schedules due to Chapter Conversion

☐ Other

---

Instructions: A separate Notice of Change is required when both adding and deleting creditors. An amended (partial) matrix is required to add or delete creditors. **ANNOTATE CLEARLY SO CHANGES ARE EASILY UNDERSTANDABLE.** <u>Do Not Refile A Complete New Matrix</u>. Only those creditors affected by the amended schedule should be shown on the matrix. If the $30.00 filing fee is required, multiple filings of a Notice of Change filed <u>in the same case at the same time</u> require only a single $30.00 fee. Adding or deleting creditors at different times require a fee each time.

I, or each of us, declare under penalty of perjury that I/we have read the changes in the List of Creditors (Master Mailing List (matrix) and to the schedules and statements as attached hereto and that they are correct to the best of my/our knowledge, information and belief.

---

Date: March 27, 2024      /s/ *Calvin Gary Walker*
                                          Calvin Gary Walker

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Calvin** | **Gary** | **Walker** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **23-10485** | | |

☒ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt 04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**3710 Roland Rd.**<br>**BMT IMP CO Lt 48 TR A BLK A**<br>Line from *Schedule A/B*: **1.3** | $357,096.00 | ☒ $351,543.11<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description:<br>**2008 Jeep (approx. 105,000 miles)**<br>Line from *Schedule A/B*: **3.2** | $20,000.00 | ☒ $20,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☒ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☒ No
      ☐ Yes

Official Form 106C  Schedule C: The Property You Claim as Exempt  page 1

| Debtor 1 | Calvin Gary Walker | Case number (if known) | 23-10485 |
|---|---|---|---|

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2-Couches ($300); 3-Recliners/Chairs ($200); Love Seat ($100); Coffee Table ($100); 2-End Tables ($100); Desk ($75); Computer Table ($120); King Bed ($300); 2-Queen Beds ($300); 2-Night Stands ($100); Washer ($350); Dryer ($350); Refrigerator ($500); Stove ($450); Freezer ($500); Dining Table & Chairs ($600); Breakfast Table & Chairs ($350); Pots, Pans, Dishes ($100); Towels & Linens ($75); Lawnmower ($250); Weed Eater ($75); Edger ($100); Wet/Dry Vac ($40); Circular Saw ($30); Drill ($45); Table Saw ($30); Portable Generator ($250); 3-Ladders ($150); Misc. Hand Tools ($200); Fire Pit ($75); Outdoor Cooking Equipment ($200); Cooking Grill ($50)**<br>Line from *Schedule A/B*:   **6** | $6,465.00 | ☑ $6,465.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2-TVs ($400); Computer/Laptop ($400); Printer/Printer Stand ($250); Print/Scan/Fax Combo ($250)**<br>Line from *Schedule A/B*:   **7** | $1,300.00 | ☑ $1,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**Fishing Equipment ($300); Camping Equipment ($500); Bicycles ($150); Weights ($300); Exercise Equipment ($300)**<br>Line from *Schedule A/B*:   **9** | $1,550.00 | ☑ $1,550.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8)** |
| Brief description:<br>**Men's Clothing**<br>Line from *Schedule A/B*:   **11** | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

IN RE:  **Calvin Gary Walker**   CASE NO  **23-10485**

CHAPTER  **13**

*AMENDED*
### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 1. | Real property | $549,296.00 | $101,862.85 | $447,433.15 | $351,543.11 | $95,890.04 |
| 3. | Motor vehicles (cars, etc.) | $60,000.00 | $7,240.06 | $52,759.94 | $20,000.00 | $32,759.94 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $20,000.00 | $0.00 | $20,000.00 | $0.00 | $20,000.00 |
| 6. | Household goods and furnishings | $6,465.00 | $0.00 | $6,465.00 | $6,465.00 | $0.00 |
| 7. | Electronics | $1,300.00 | $0.00 | $1,300.00 | $1,300.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $1,550.00 | $0.00 | $1,550.00 | $1,550.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $150.00 | $0.00 | $150.00 | $150.00 | $0.00 |
| 12. | Jewelry | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $400.00 | $0.00 | $400.00 | $0.00 | $400.00 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

IN RE:  **Calvin Gary Walker**　　　　　　　　　　　　　　CASE NO  **23-10485**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER  **13**

*AMENDED*
## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 1*

**Exemption Totals by Category:**
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $357,000.00 | $0.00 | $357,000.00 | $0.00 | $357,000.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | **TOTALS:** | **$996,161.00** | **$109,102.91** | **$887,058.09** | **$381,008.11** | **$506,049.98** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

IN RE: **Calvin Gary Walker**        CASE NO **23-10485**

CHAPTER **13**

*AMENDED*
**SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)**
*Continuation Sheet # 2*

**Surrendered Property:**
The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**
The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| 1520 Park St., Beaumont, TX | $78,686.00 | $31,962.71 | $46,723.29 | $46,723.29 |
| MLK Property | $92,074.00 | $54,880.64 | $37,193.36 | $37,193.36 |
| 4445 Brandon St. | $19,406.00 | $9,466.61 | $9,939.39 | $9,939.39 |
| Langham St. | $2,034.00 | | $2,034.00 | $2,034.00 |
| **Personal Property** | | | | |
| 2018 GMC Sierra Denali (approx. 19,000 miles) | $30,000.00 | $7,240.06 | $22,759.94 | $22,759.94 |
| 2009 Cadilac Escalade (approx. 130,000 miles) | $10,000.00 | | $10,000.00 | $10,000.00 |
| Travel Trailer | $20,000.00 | | $20,000.00 | $20,000.00 |
| Checking account @ Wells Fargo | $400.00 | | $400.00 | $400.00 |
| 2009 Chev. 2500 ($12,000); 2005 Chev. 3500 ($10,000); Chev. | $342,000.00 | | $342,000.00 | $342,000.00 |
| Boom 46-50' Towable Cat/Class 310-5023 | $15,000.00 | $0.00 | $15,000.00 | $15,000.00 |
| **TOTALS:** | $609,600.00 | $103,550.02 | $506,049.98 | $506,049.98 |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

IN RE: **Calvin Gary Walker**     CASE NO    **23-10485**

CHAPTER    **13**

*AMENDED*
**SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)**

*Continuation Sheet # 3*

| Summary | |
|---|---:|
| A. Gross Property Value (not including surrendered property) | **$996,161.00** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$996,161.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$109,102.91** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$109,102.91** |
| G. Total Equity (not including surrendered property) / (A-D) | **$887,058.09** |
| H. Total Equity in surrendered items (B-E) | **$0.00** |
| I. Total Equity (C-F) | **$887,058.09** |
| J. Total Exemptions Claimed | **$381,008.11** |
| K. Total Non-Exempt Property Remaining (G-J) | **$506,049.98** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Calvin**     **Gary**     **Walker** |
| | First Name     Middle Name     Last Name |
| Debtor 2 (Spouse, if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | **23-10485** |

☑ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B................................................................... **$549,296.00**

   1b. Copy line 62, Total personal property, from Schedule A/B....................................................... **$446,865.00**

   1c. Copy line 63, Total of all property on Schedule A/B................................................................. **$996,161.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$7,200.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... **$107,134.09**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................... + **$107,728.15**

   **Your total liabilities**     **$222,062.24**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I.......................................................... **$2,559.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J.................................................................... **$2,228.33**

Debtor 1  **Calvin Gary Walker**  Case number (if known) **23-10485**

## Part 4: Answer These Questions for Administrative and Statistical Records

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑ Yes

**7. What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

**From Part 4 on *Schedule E/F*, copy the following:**

9a. Domestic support obligations. (Copy line 6a.)  _____

9b. Taxes and certain other debts you owe the government. (Copy line 6b.)  _____

9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)  _____

9d. Student loans. (Copy line 6f.)  _____

9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)  _____

9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)  **+** _____

9g. **Total.** Add lines 9a through 9f.  _____

**Fill in this information to identify your case:**

Debtor 1  **Calvin**         **Gary**          **Walker**
          First Name         Middle Name       Last Name

Debtor 2  _____
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known)  **23-10485**

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Calvin Gary Walker**            X _____
Calvin Gary Walker, Debtor 1            Signature of Debtor 2

Date **03/27/2024**                     Date _____
     MM / DD / YYYY                          MM / DD / YYYY

Official Form 106Dec    Declaration About an Individual Debtor's Schedules    page 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| Calvin Gary Walker § | No. 23-10485 |
| xxx-xx-7424 § | Chapter 13 |
| 3710 Roland Road § | |
| Beaumont, Texas 77708 § | |
| **DEBTOR(S)** § | |

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Amendments have been properly forwarded to all parties on the attached matrix by electronic mail or first class mail, on this the 27th day of March, 2024.

**MAIDA LAW FIRM, P.C.**

By: */s/ Frank J. Maida*
Frank J. Maida